

# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2014

No. 04-14-00387-CV

Comfort **ROBERTS**,
Appellant

v.

**RIVER CITY CARE CENTER**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-03206
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

On May 30, 2014, appellant filed a notice of appeal from the trial court's May 30, 2014 orders in this court. That same day, appellant filed an affidavit of indigence in this court. It appears appellant did not file either the notice of appeal nor the affidavit in the trial court.

A party who cannot pay the costs of an appeal must file an affidavit of indigence "in the trial court with or before the notice of appeal." TEX. R. APP. P. 20.1(c)(1). We **ORDER** the clerk of this court to send copies of the notice of appeal, the affidavit and this order to the trial court, the district clerk, the court reporter, and all parties and/or counsel. *See* TEX. R. APP. P. 20.1(d)(2).

We further **ORDER** the deadline for filing a contest to the affidavit of indigence is **June 12, 2014**. **Any contest must be filed in this court**. *See* TEX. R. APP. P. 20.1(e)(1). **If no contest is filed, we will presume appellant is indigent and the district clerk and the court reporter will be required to filed the record in this court without cost to appellant.** Both records are currently due July 29, 2014.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2014.



Keith E. Hottle
Clerk of Court